ROBERT M. MORGAN et al., as Trustees of the Gratuity Fund of the New York Produce Exchange et al., Respondents, *v.* ROY ANDREAE et al., Defendants, and JOHN W. F. NEILL, as a Copartner of PRICE, WATERHOUSE & Co., Appellant.

Argued November 30, 1945; decided January 18, 1946.

*George S. Collins, Albert R. Connelly* and *Frank M. McGarry* for appellant.

*Robert H. Spelman* for respondents.

Order affirmed, with costs, upon the ground that the plaintiffs, if not trustees of an express trust — a question we do not decide — are in any event persons " with whom or in whose name " the contract in suit was made for the benefit of another (Civ. Prac. Act, § 210). The second question certified is answered in the affirmative. The first question certified is not answered. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and MEDALIE, JJ.